AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of      Delaware

PACIFICARE HEALTH SYSTEMS, INC.

                Plaintiff,
       V.

ABBOTT LABORATORIES, FOURNIER
INDUSTRIE ET SANTE, and
LABORATORIES FOURNIER, S.A.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    -05- -591

JURY TRIAL DEMANDED

TO: (Name and address of Defendant)

Abbott Laboratories, Inc.
c/o Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan L. Parshall #3247
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                          AUG 10 2005

CLERK                                                         DATE

*/s/ Monica Mosley*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>8/18/2005 @ 4:25 p.m. |
| NAME OF SERVER *(PRINT)*<br>Michael T. O'Rourke | TITLE<br>Special Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant by serving Brian Penrod, section head process, c/o Corporation Trust Co., 1209 Orange Street, Wilmington, DE 19801

30, M, W, 5'10", 170 pounds, brown hair, no glasses

[ ] Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __8/19/2005__
Date

*Michael T. O'Rourke* (signature)

Michael T. O'Rourke

O'ROURKE INVESTIGATIVE ASSOCIATES, INC.
1225 King Street, Suite 400
P. O. Box 368
Wilmington, DE 19899-0368

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure