# Murphy Spadaro & Landon

1011 Centre Road, Suite 210
Wilmington, Delaware 19805

Telephone 302.472-8100

Telecopier 302.472.8135

JONATHAN L. PARSHALL
jonp@msllaw.com
Direct Dial: 302.472.8106

September 7, 2005

Clerk of the Court
U.S. District Court
District of Delaware
Lock Box 18
Wilmington, DE 19801

Re: <u>PacifiCare Health Systems, Inc. v. Abbott Labs., et. al., C.A. No. 05-591 (KAJ)</u>

Dear Clerk of the Court,

The above captioned action was filed on August 11, 2005. It is brought on behalf of plaintiff PacifiCare Health Systems, Inc., an indirect purchaser of TriCor®. The action arises out of the same operative facts as in the Coordinated Indirect Purchaser Actions found in C.A. No. 05-360 (KAJ).

Pursuant to Section IV.B of Pretrial Order No. 1, we call your attention to the filing of this case, which should be coordinated with the other Indirect Purchaser Actions with the understanding that the provisions applicable to the class action organizational structure do not apply to this separate action. For ease, future filings in this case will be made under the caption:

| | | |
|---|---|---|
| IN RE TRICOR INDIRECT PURCHASER ANTITRUST LITIGATION | ) ) ) | C.A. No. 05-360 (KAJ) (Consolidated) |
| THIS DOCUMENT RELATES TO: PACIFICARE HEALTH SYSTEMS, INC. C.A. No. 05-591 (KAJ) | ) ) ) ) ) | |

Please do not hesitate to call with any questions.

Respectfully yours,

/s/ Jonathan L. Parshall

Jonathan L. Parshall

00123674