# Murphy Spadaro & Landon

1011 Centre Road, Suite 210
Wilmington, Delaware 19805

Telephone 302.472-8100                                                                                                Telecopier 302.472.8135

JONATHAN L. PARSHALL
jonp@msllaw.com
Direct Dial: 302.472.8106

January 9, 2007

**BY HAND & E-FILE**
The Honorable Mary Pat Thynge
U.S. District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Re:   In re TriCor Indirect Purchaser Litigation, C.A. No. 05-360 (***) (Consolidated): Related to PacifiCare Health Systems, Inc. v. Abbott Labs., et. al., 05-0591 (***)

Dear Magistrate Judge Thynge:

I represent plaintiff PacifiCare Health Systems, Inc., an indirect purchaser of TriCor® in this matter. I will be participating in tomorrow's teleconference along with my co-counsel, Kendall Zylstra of the firm Marcus Auerbach & Zylstra. Mr. Zylstra has been admitted *pro hac vice*.

Respectfully yours,

Jonathan L. Parshall

Cc:   Clerk of the Court
      All Counsel of Record (via e-file)

00138536